*ORLOVSKY, MOODY, SCHAAFF, CONLON & GABRYSIAK*
*A Partnership Including a Limited Liability Company*
*Monmouth Park Corporate Center*
*187 Highway 36*
*West Long Branch, NJ    07764*
*(732) 222-6200*
*Attorneys for Defendant, Linden Care, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH FULLER & DAVID FULLER, as Administrators Ad Prosequendum for the Estate of SARAH A. FULLER, deceased, and DEBORAH FULLER & DAVID FULLER, Individually,<br><br>Plaintiff,<br><br>v.<br><br>INSYS THERAPEUTICS, INC., LINDEN CARE, LLC, INC., JOHN DOE, 1-10 (fictitious) ABC CORPORATION 1-10 (fictitious), Individually, Jointly, Severally and/or in the Alternative,<br><br>Defendants. | *CIVIL DOCKET FOR CASE # 2:17-CV-07877-ES-SCM*<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>***STIPULATION OF DISMISSAL WITH PREJUDICE*** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs, as to defendant, Linden Care, LLL, Inc.

CONSOLE & HOLLAWELL, PC          ORLOVSKY, MOODY, SCHAAFF & CONLON, LLC
Attorneys for Plaintiff          Attorneys for Linden Care, LLC


By:  s/Richard Hollawell, Esquire    By: s/Paul F. Schaaff, Jr.
     RICHARD HOLLAWELL, ESQ.              PAUL F. SCHAAFF, JR., ESQ.

Dated:    March 12, 2018