# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FULLER,<br><br>　　　　　Plaintiff,<br>v.<br><br>INSYS THERAPEUTICS, INC. et al,<br>　　　　　Defendants. | Civil Action No.<br><br>2:17-CV-7877-ES-SCM<br><br>**ORDER ON DISPUTE CONCERNING PLAINTIFFS' COUNSEL'S EXTRAJUDICIAL STATEMENTS**<br><br>**[D.E. 184]** |

　　　This matter comes before this Court upon a joint dispute letter regarding Plaintiffs' counsel's extrajudicial statements concerning this case.[1] Defendants Insys Therapeutics, Inc. ("Insys"), Dr. John Kapoor and Michael Babich seek an order prohibiting Plaintiffs' counsel from making any further extrajudicial statements regarding this matter and requiring Plaintiffs' counsel to remove from his website extrajudicial statements that he is personally publishing and links to the extrajudicial statements he has already made to the media. Defendants argue that Plaintiffs' counsel's statements carry a substantial likelihood of materially prejudicing this proceeding. The Court has considered the parties' respective positions in the joint dispute letter, and therefore,

　　　**IT IS** on this Tuesday, July 16, 2019,

**ORDERED** that Defendants' informal motion is **DENIED** as premature. Defendants' assertions concern the importance of a fair trial, and this matter remains in the pre-trial phase of litigation.

---

1 (D.E. 184, Joint Dispute Letter).

Defendants may renew this informal motion when this matter is marked for trial.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

7/16/2019 4:16:21 PM

Original: Clerk of the Court
Hon. Esther Salas, U.S.D.J.
cc: All parties
    File