

# Richard J. Hollawell

*LICENSED NJ, NY, PA

121 Saratoga Lane
Woolwich Twp., NJ 08085
P-(215) 498-8609
F-(856)-467-5101

December 4, 2019

Honorable Steven C. Mannion
U.S. Magistrate Judge for the District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

RE: Estate of Fuller v. Insys Therapeutics, Inc. et al.   17cv7877-ES-SCM

Dear Judge Mannion,

Pursuant to your Honor's instruction during yesterday's Status Conference, the deposition of Michael Babich is scheduled for January 27, 2020 in Arizona and the deposition of John Kapoor is scheduled for January 28, 2020 in Arizona as well. Plaintiff has accommodated the request to wait for sentencing to be complete on January 10, 2020 and the dates set were the first mutually available dates for all.

Further status will be reported at the next Status Conference scheduled for January 30, 2020.

Sincerely,

*/s/ Richard J. Hollawell*
Richard J. Hollawell, Esq

Cc: All Counsel

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.

Date: 12/5/19