# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

February 10, 2019

## LETTER ORDER

**Re:**    *Fuller v. Insys Therapeutics, Inc., et al.*
            Civil Action No. 17-7877 (ES) (SCM)

Dear Counsel:

The Court is in receipt of various letters sent by the parties regarding supplemental briefing to defendant Rochester Drug Cooperative, Inc.'s ("Rochester") motion to dismiss the amended complaint on the limited issue of personal jurisdiction (D.E. No. 207). (D.E. Nos. 231–233, 236 & 238).

Before the Court considers whether supplemental briefing is necessary, Rochester shall clarify whether it seeks to withdraw its motion to dismiss based on personal jurisdiction, thereby waiving any defense on this ground. *Park Inn Int'l, L.L.C. v. Mody Enterprises, Inc.*, 105 F. Supp. 2d 370, 374 (D.N.J. 2000) ("Unlike some jurisdictional bars, personal jurisdiction can be waived by the parties.") (citing *Ins. Corp. of Ireland v. Compagnie des Bauxites de Guinee*, 456 U.S. 694, 703 (1982)).

Accordingly, Rochester shall submit a letter response to this Order not to exceed one page by Friday, February 14, 2020. The Court will request a response from Plaintiff only if necessary.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**