GIBBONS P.C.
Philip W. Crawford
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500

CARLTON FIELDS, P.A.
Adam P. Schwartz
Attorney ID No. 018351995
David J. Walz (admitted *pro hac vice*)
Nancy J. Faggianelli (admitted *pro hac vice*)
4221 W Boy Scout Blvd., Ste. 1000
Tampa, FL 33607-5780
Tel: (813) 223-7000
*Counsel for Insys Therapeutics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH FULLER & DAVID FULLER, as Administrators Ad Prosequendum for the Estate of SARAH A. FULLER, Deceased, and DEBORAH FULLER & DAVID FULLER, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>INSYS THERAPEUTICS INC., JOHN KAPOOR, MICHAEL BABICH, ALEC BURLAKOFF, JOHN DOE #1-10 (FICTITIOUS), ABC CORPORATION #1-10 (FICTITIOUS), I/J/S/A,<br><br>Defendants._____/ | CIVIL ACTION<br><br><br><br><br><br>Case No.  2:17-cv-07877-ES-SCM |

## REQUEST TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 102.1

121137612.1

Request is hereby made by Nancy J. Faggianelli, *pro hac vice* counsel for defendant Insys Therapeutics, Inc. ("Insys") in the above-captioned matter, to withdraw as counsel in the within case, it being represented that:

1. Nancy J. Faggianelli, a member of the law firm of Carlton Fields, P.A., was admitted *pro hac vice* as counsel for defendant Insys on August 8, 2018;

2. Insys filed its Notice of Bankruptcy Filing and Imposition of Automatic Stay with this Court on June 10, 2019;

3. Due to the bankruptcy filing and the expected dissolution of Insys, Ms. Faggianelli's representation is no longer required.

4. Philip W. Crawford of Gibbons, PC and Adam P. Schwartz of Carlton Fields, P.A. will remain as counsel for Insys.

5. Ms. Faggianelli's withdrawal will not interfere with or require the extension of any deadlines set by the Court.

6. Pursuant to Local Civil Rule 102.1, since other counsel for Insys is already present and this matter has not been set for trial, it is respectfully requested that this withdrawal be approved and Ms. Faggianelli be removed from further electronic notice and participation in this case.

Dated: February 18, 2020

| | |
|---|---|
| GIBBONS P.C.<br>Philip W. Crawford<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Tel: (973) 596-4500 | CARLTON FIELDS, P.A.<br><br>By:   */s/ Adam P. Schwartz*<br>Adam P. Schwartz<br>Attorney ID No. 018351995<br>David J. Walz (admitted *pro hac vice*)<br>Nancy J. Faggianelli (admitted *pro hac vice*)<br>4221 W Boy Scout Blvd., Ste. 1000<br>Tampa, FL 33607-5780 |

121137612.1

Tel: (813) 223-7000

*Counsel for Defendant Insys Therapeutics, Inc.*

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on February 18, 2020, the aforementioned document was filed with the Clerk of Court via CM/ECF which will, in turn, send a Notice of Electronic Filing to all counsel of record.

*/s/ Adam P. Schwartz*
Adam P. Schwartz

**SO ORDERED**

_____
Hon. Steven C. Mannion, U.S.M.J.

121137612.1